DOA
01/06/24

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| United States of America | CRIMINAL COMPLAINT |
|---|---|
| v. | CASE NUMBER: 24-9042 MJ |
| Justin Eric Lindsay | |

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

On or about the dates described in Attachment A in the County of Maricopa in the District of Arizona, Defendant Justin Eric Lindsay violated 18 U.S.C. § 2113(a), offenses described as follows:

**See Attachment A – Description of Counts**

I further state that I am a Special Agent with the Federal Bureau of Investigation and that this complaint is based on the following facts:

**See Attachment B, Statement of Probable Cause, Incorporated by Reference Herein.**

Continued on the attached sheet and made a part hereof:   ☒Yes   ☐ No

AUTHORIZED BY: AUSA Benjamin Goldberg

Digitally signed by BENJAMIN GOLDBERG
Date: 2024.01.07 15:18:1[?] -07'00'

Special Agent Catherine Scott, FBI
Name of Complainant

Signature of Complainant

Sworn to telephonically before me

1/7/2024 @ 4:57pm
Date

at   Phoenix, Arizona
City and State

HONORABLE EILEEN S. WILLETT
United States Magistrate Judge

Signature of Judicial Officer

## ATTACHMENT A
## DESCRIPTION OF COUNTS
### COUNT 1

On or about August 12, 2023, in the District of Arizona, Defendant JUSTIN ERIC LINDSAY, by force, violence, and intimidation, did take from the person and presence of a bank teller, money belonging to and in the care, custody, control, management, and possession of Chase Bank, located at 1821 East Guadalupe Road, Tempe, Arizona 85283, the deposits of which were then federally insured by the Federal Deposit Insurance Corporation.

In violation of Title 18, United States Code, Section 2113(a).

### COUNT 2

On or about October 6, 2023, in the District of Arizona, Defendant JUSTIN ERIC LINDSAY, by force, violence, and intimidation, did take from the person and presence of a bank teller, money belonging to and in the care, custody, control, management, and possession of U.S. Bank, located at 1 North Macdonald, Mesa, Arizona 85201, the deposits of which were then federally insured by the Federal Deposit Insurance Corporation.

In violation of Title 18, United States Code, Section 2113(a).

### COUNT 3

On or about November 3, 2023, in the District of Arizona, Defendant JUSTIN ERIC LINDSAY, by force, violence, and intimidation, did take from the person and presence of a bank teller, money belonging to and in the care, custody, control, management, and possession of Chase Bank, located at 1821 East Guadalupe Road, Tempe, Arizona 85283, the deposits of which were then federally insured by the Federal Deposit Insurance Corporation.

In violation of Title 18, United States Code, Section 2113(a).

## COUNT 4

On or about December 23, 2023, in the District of Arizona, defendant JUSTIN ERIC LINDSAY, by force, violence, and intimidation, did attempt to take from the person and presence of a bank teller, money belonging to and in the case, custody, control, management, and possession of Chase Bank, located at 1821 East Guadalupe Road, Tempe, Arizona 85283, the deposits of which were then federally insured by the Federal Deposit Insurance Corporation.

In violation of Title 18, United States Code, Section 2113(a).

## COUNT 5

On or about December 28, 2023, in the District of Arizona, Defendant JUSTIN ERIC LINDSAY, by force, violence, and intimidation, did take from the person and presence of a bank teller, money belonging to and in the care, custody, control, management, and possession of U.S. Bank, located at 3622 E. Southern Avenue, Mesa, Arizona 85206, the deposits of which were then federally insured by the Federal Deposit Insurance Corporation.

In violation of Title 18, United States Code, Section 2113(a).

## COUNT 6

On or about January 6, 2023, in the District of Arizona, Defendant JUSTIN ERIC LINDSAY, by force, violence, and intimidation, did take from the person and presence of a bank teller, money belonging to and in the care, custody, control, management, and possession of U.S. Bank, located at 1 North Macdonald, Mesa, Arizona, the deposits of which were then federally insured by the Federal Deposit Insurance Corporation.

In violation of Title 18, United States Code, Section 2113(a).

# ATTACHMENT B
# STATEMENT OF PROBABLE CAUSE

I, Catherine Scott, a Special Agent for the Federal Bureau of Investigation, being duly sworn, hereby depose and state as follows:

## Introduction and Agent Background

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been since September 2022. I am currently assigned to the FBI Field Office in Phoenix, Arizona. My current responsibilities include investigating a variety of criminal matters, including violent crimes. I have received significant training in investigative and legal matters within the FBI. Additionally, before becoming an FBI agent, I was employed as a Police K-9 Handler for the Anchorage Airport Police & Fire Department for six years. Throughout my career as a law enforcement officer, I have received significant training and experience in various law enforcement disciplines, including interviews, processing crimes scenes, and evidence collection. I have participated in the execution of numerous federal and state search warrants.

2. The facts in this affidavit come from my personal observations, my training and experience, information obtained from other agents and law enforcement officers involved in the investigation, and information obtained from witnesses. Based on the below facts, I submit there is probable cause that JUSTIN ERIC LINDSAY ("**LINDSAY**") committed a series of bank robberies in violation of Title 18, United States Code, § 2113(a).

3. This statement is an overview of the facts relevant to establish probable cause and, as such, does not include every detail known to law enforcement.

## Probable Cause

4. The FBI, along with investigators from the Mesa and Tempe Police Departments, has been investigating a series of bank robberies, which have occurred in Mesa and Tempe, in the District of Arizona.

5. The victim financial institutions are all federally insured by the Federal Deposit Insurance Corporation.

6. To date, six robberies or attempted robberies have occurred on August 12, 2023, October 6, 2023, November 3, 2023, December 23, 2023, December 28, 2023, and January 6, 2024. I believe, based on my training and experience, consultation with other experienced investigators, and based on the facts detailed below, that these bank robberies have been committed by one suspect – **LINDSAY**. I believe this based on the modus operandi used, including the use of a similar note and/or verbal threat, the suspect's physical appearance, the unique clothing worn at each robbery, a similar vehicle seen at multiple robberies, and **LINDSAY's** confession.

## Summary of Bank Robberies or Attempted Bank Robberies:

### Incident #1:

7. On Saturday, August 12, 2023, at approximately 10:45 a.m., a then-unidentified individual committed a bank robbery at a Chase Bank located at 1821 East Guadalupe Road, Tempe, Arizona 85283. According to witnesses and review of the surveillance video, a black male entered the bank and spoke to the welcome teller. He then told the welcome teller that because the line was long, he would wait outside.

8. Once the line was shorter, the suspect approached the bank desk where a second teller began interacting with him. The suspect handed the teller a clipboard with a note stating that the teller had 15 seconds to hand over $5,000, that the suspect was armed with a gun, and that the teller should not include any trackers or marked bills. The teller handed over $5,000 in an envelope and the suspect left the bank.

9. From review of the surveillance video, investigators noted the suspect had what resembled a cellphone held to the clipboard and covering the demand note on the clipboard as he entered the bank and approached the teller counter. Once at the teller counter, the suspect removed what resembled the cellphone from the clipboard to uncover the note prior to passing the note to the victim teller. The suspect then placed the device in his pants pocket.

10. Witnesses described the suspect and bank surveillance video captured the suspect's description as: a black or Asian male, 25-35 years of age, 5'10" – 6' feet tall, with a medium

build, short brown hair, and a beard. The suspect also had tattoos on both arms and was wearing blue medical scrubs with a long-sleeve shirt underneath, a white medical mask covering his face, and a black bandana on his head. The still images below were taken from the security video:



Incident #2:

11. On Friday, October 6, 2023, at approximately 9:55 a.m., a then-unidentified individual committed a bank robbery at a U.S. Bank located at 1 North Macdonald, Mesa, Arizona 85201. According to witnesses, a black male entered the bank, stood in line, and appeared to notice a teller handle a large amount of money. The suspect then approached a second teller standing nearby and presented a demand note stating, "I want $6,000. I have a gun. Don't press the alarm." The second teller took the money from the first teller and gave it to the suspect. The suspect obtained approximately $6,000 from the bank. The suspect then exited the bank and left in a grey-colored Ford Focus.

12. Responding police officers obtained surveillance video from a nearby business which captured the suspect's vehicle. The following still image showing the suspect and the gray Ford Focus was taken from the nearby business's surveillance video.



13.     Investigators queried Mesa City traffic cameras and license plate recognition cameras and were able to determine the vehicle's movements as it arrived at and departed the bank. From those traffic cameras and license plate reader ("LPR") cameras, investigators were able to capture the license plate that was affixed to the Ford Focus. Law enforcement agents ran the license plate through vehicle registration databases and determined that the plate had been stolen from another vehicle a few days prior to the robbery. Investigators also noted that the rear headliner inside the vehicle was hanging down.

14.     Additional information obtained by investigators revealed the suspect had been seen entering a Chase Bank, located across the street, shortly before robbing the U.S. Bank.

15.     Witnesses described the suspect and bank surveillance video captured the suspect description as: a black or Asian male, 25-35 years of age, 5'10" – 6' feet tall, with a medium build, short brown hair, and a beard. The suspect also had tattoos on both arms and was wearing dark-colored medical scrubs with a long-sleeve shirt underneath, a white medical mask covering his face, and a black bandana on his head. The still images below were taken from the security video.



Incident #3

16.     On Friday, November 3, 2023, at approximately 9:02 a.m., a then-unidentified individual committed a bank robbery at a Chase Bank located at 1821 East Guadalupe Road, Tempe, Arizona 85283.  This location was the same bank that was robbed in Incident #1 described above.  According to witnesses and review of the surveillance video, a black male entered the bank and approached the teller counter.  At the counter, the suspect then told the teller that he wanted the cash box.  The teller had trouble understanding the suspect and the suspect then climbed over the counter and told the teller he needed the key.

17.     At that point, the teller understood that the suspect was robbing the bank and unlocked the drawer.  The suspect grabbed the money in the drawer and then demanded more.  The teller told the suspect that there was no more available cash.  The suspect obtained approximately $5,635 from the drawer.  The suspect exited back into the lobby, left the bank, and entered a parked dark-colored sedan, similar in style to a Ford Focus, and drove away.  Surveillance cameras were not able to determine a license plate.

18.     Investigators reviewed the surveillance video and observed that upon entering the bank, the suspect had a cellphone in his hand.  The suspect appeared to manipulate the device prior to placing it in his pocket before he entered the lobby.

19.     Witnesses described the suspect and bank surveillance video captured the subject description as a: black male in his thirties, approximately 5'8" tall and a medium build. The suspect was wearing a black bandana, white medical mask, a black-and-white plaid jacket with a white shirt underneath, black pants, black gloves, and black athletic shoes with a white sole trim.  The still images below were taken from the security video:



Incident #4

20.     On Saturday, December 23, 2023, at approximately 9:01 a.m., a then-unidentified individual attempted to rob the Chase Bank located at 1821 East Guadalupe Rd., Tempe, Arizona 85283.  This location was the same bank that was robbed in Incidents #1 and #3, described above.  According to witnesses, a black male entered the bank and approached a teller.  The suspect then asked if the tellers had cash drawers and the teller responded that the bank had just opened and none of the drawers had any cash.

21.     The suspect then pointed to another teller and asked if that teller had any cash.  One of the tellers then opened a drawer to show the suspect it was empty.

22.     The suspect then left the bank and entered a grey-colored Ford Focus. A witness bank employee took a photograph of the rear of the suspect's vehicle which captured a license plate that was affixed to the dark gray Ford Focus.  That license plate was Arizona-

issued 8TA5WK. Of note to law enforcement was that this license plate observed during Incident #4 was different than the one seen during Incident #2.

23. Law enforcement agents ran the 8TA5WK license plate through vehicle registration databases and discovered it had been removed from service and was not currently assigned to a vehicle. It had previously been assigned to a Toyota 4Runner registered to a white male not bearing a resemblance to the suspect. Based on this information, investigators believe the license plate was stolen by the suspect and used to conceal his identity.

24. Witnesses described the suspect and bank surveillance video captured the suspect description as a black male in his mid-twenties or thirties, approximately 6'0" or 6'1", with long black dreadlocks covered by a bandana. The suspect was wearing a medical mask over his face and was wearing a black jacket, grey sweatpants, and white shoes. The still images below were taken from the security video.



Incident #5

25. On Thursday, December 28, 2023, at approximately 1:16 p.m. a then- unidentified individual robbed a U.S. Bank located inside the Safeway grocery store at 3622 E. Southern Ave., Mesa, Arizona 85206. According to witnesses and review of the surveillance video, a black male entered the grocery store and went to the restroom. The suspect then left the restroom and walked past the bank, before making a loop and entering the bank line a

minute later. While standing in line, the suspect was seen multiple times using and manipulating a cellphone that was in his pants pocket.

26.     The suspect then approached the bank teller and showed him a clipboard with a note demanding money and stating he had a gun. The teller handed approximately $2,674 to the suspect, who then left the Safeway. Mesa police investigators reviewed traffic cameras located at the intersection of Southern Avenue and Val Vista Drive, where the bank branch and grocery store are located. The traffic cameras captured a grey Ford Focus travelling north through that intersection toward the U.S. Bank prior to the robbery. The video footage did not capture the license plate of the vehicle. Investigators noted the rear headliner was hanging low, similar to that observed in the previous LPR image.

27.     Witnesses described the suspect and bank surveillance video captured the suspect description as: a black male in his mid-twenties or thirties, approximately 5'9", wearing a blue scrub top with a grey long-sleeve undershirt underneath. The suspect was also wearing gray sweatpants, white shoes, a medical mask over his face, and a black bandana. The still images below were taken from the security video.



**Identification of LINDSAY's Vehicle**

28.     On January 5, 2024, Mesa Police Department investigators were alerted to an LPR hit on Arizona license plate 8TA5WK, which had been listed as stolen and had previously been seen on the suspect's Ford Focus in Incident #4 referenced above.  Through assistance of the Mesa Police Department's Real Time Crime Center, Mesa Police investigators were able to locate and begin surveillance on the vehicle.  Investigators noted that the vehicle matched the description of the gray Ford Focus used by the bank robbery suspect and observed in several of the Incidents of this robbery series.  The vehicle was also still bearing the same stolen license plate observed during Incident #4.

29.     Investigators observed that the gray Ford Focus was being driven by a black male who matched the description of the bank robbery suspect in Incidents #1 through #5 described above.  The black male driver was observed wearing a black bandana, a white medical mask, and a gray long-sleeve shirt, all of which were similar to the clothing items worn by the bank robbery suspect.

30.     During the surveillance, investigators observed the driver go to the parking lots near several banks and wait there.  At several of these banks, the driver exited the vehicle and briefly entered the bank before returning to his vehicle and departing.  Based on training and experience, I and other investigators believed the driver was scouting banks in preparation to commit another bank robbery.  The surveillance was occurring on a Friday (January 5, 2024) and I remembered that all but one of the above-described bank robberies occurred on a Friday or Saturday.  The following photograph was taken by Mesa Police investigators during their surveillance on January 5, 2024.



**Identification of LINDSAY**

31.     That same day, law enforcement officers followed the Ford Focus to an apartment complex, where the driver parked the vehicle in garage spot # 66.  Investigators contacted apartment complex management and learned that garage #66 was rented to the tenant of Apartment #2126.  Investigators then learned that the lease for that apartment listed **LINDSAY** as the only listed tenant residing there.  Apartment management also had a Ford Focus listed as his vehicle on the lease paperwork.

32.     Investigators queried **LINDSAY** through law enforcement databases and obtained a known photograph.  Upon comparison of the known photograph of **LINDSAY** to bank surveillance images, investigators determined that the two photographs showed an individual with similar physical characteristics.

33.     On January 5, 2024, a federal warrant (24-9034MB) was issued in the District of Arizona authorizing law enforcement to place a tracking device on the Ford Focus.  The tracking device was placed on this vehicle that same evening.

### Additional Robbery and Arrest

34. On Saturday, January 6, 2024, law enforcement observed the Ford Focus arrive at the U.S. Bank located at 1 North Macdonald, Mesa, Arizona. Law enforcement officers were able to see the driver and identified him as **LINDSAY**, who also matched the images from the five prior bank robbery incidents described above. **LINDSAY** entered the bank and waited in line until there was an available teller. **LINDSAY** presented a note to the teller, which said, "I have a Gun $5000 across the counter no dye packs/no silent alarm 15 seconds". The teller realized it was a robbery and provided approximately $5000. **LINDSAY** exited the bank with the cash and demand note and entered the Ford Focus before departing. Law enforcement continued to follow him.

35. Law enforcement conducted a vehicle stop and detained **LINDSAY** at approximately 10:59 a.m. He was subsequently transported to the Mesa Police Department where he was read his *Miranda* rights and voluntarily waived those rights and agreed to speak with me.

### LINDSAY's Interview

36. During his post-*Miranda* interview, **LINDSAY** admitted to committing the robbery of the U.S. Bank earlier that morning. I showed him still images taken from the bank security cameras at Incidents #1-5 and **LINDSAY** identified himself as the individual in those photographs as the bank robber. He also provided details of each robbery (or attempted robbery) and how he committed each offense.

37. During the interview, **LINDSAY** said that he committed the robberies because he needed the money to pay rent and living expenses. **LINDSAY** said his note mentioned a gun because he thought it would make the victim tellers hand over money faster. He said he did not intend to hurt anyone, nor did he have a gun on him.

### Search Warrant Execution

38. On January 6, 2024, a federal warrant (24-9039MB) was issued in the District of Arizona authorizing law enforcement to search **LINDSAY's** Ford Focus. Law enforcement found inside the vehicle a clipboard with a demand note, surgical medical

masks, a bandana, vehicle registration, a stolen license plate, and $50 bills in a bank-band labeled $5,000.

39. On January 6, 2024, a federal warrant (24-9037MB) was issued in the District of Arizona authorizing law enforcement to search **LINDAY's** apartment. During the search, law enforcement officers found clothing consistent with that worn during the bank robberies, a stolen license plate, and a bank robbery demand note.

## REQUEST FOR AUTHORIZATION

40. For these reasons, I submit that there is probable cause to believe JUSTIN ERIC LINDSAY committed the six bank robberies (or attempted robberies) described above, each in violation of Title 18, United States Code § 2113 (Bank Robbery).

41. I declare under penalty of perjury under the laws of the Unites States of America that the forgoing is true and correct.

CATHERINE SCOTT
Special Agent
Federal Bureau of Investigation

Sworn to telephonically before me this  7  day of January, 2024.

HONORABLE EILEEN S. WILLETT
United States Magistrate Judge